J-S01001-19

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| LYN A. FRY | : IN THE SUPERIOR COURT OF |
| | : PENNSYLVANIA |
| Appellant | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| JOHN E. QUINLAN ------------------- ---- JOHN E. QUINLAN | : No. 1325 MDA 2018 |
| v. | : |
| | : |
| | : |
| LYN A. FRY | : |
| | : |
| Appellant | : |

Appeal from the Judgment Entered July 25, 2018
In the Court of Common Pleas of Centre County Civil Division at No(s):
17-1244,
17-1245

BEFORE:   PANELLA, P.J., MURRAY, J., and PELLEGRINI*, J.

DISSENTING MEMORANDUM BY PELLEGRINI, J.:      **FILED JUNE 17, 2019**

I would not quash the appeal for reasons set forth in my dissenting opinion in **Matter of M.P.,** 204 A.3d 976 (Pa. Super. 2019).  For those reasons, I would hold that the requirement in **Commonwealth v. Walker**, 185 A.3d 969, 971 (Pa. 2018), that holds that separate notices of appeal be filed for each case sought to be appealed, only becomes effective when the Appellate Procedural Rules Committee complies the direction given to it by our Supreme Court to either amend Pa.R.A.P. 341(a) or its Official Note to

_____
*   Retired Senior Judge assigned to the Superior Court.

explicitly require separate notices of appeal. Accordingly, I respectfully dissent.